UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT PAIGE, IV,<br><br>　　　　　Petitioner,<br><br>　v.<br><br>ALAMEDA COUNTY SHERIFF'S DEPARTMENT, et al.,<br><br>　　　　　Respondent. | Case No. 21-cv-01743-HSG<br><br>**ORDER OF DISMISSAL** |

On March 12, 2021, Plaintiff filed this *pro se* civil rights action pursuant to 42 U.S.C. § 1983. Dkt. No. 1. That same day, the Clerk of the Court informed Plaintiff that this action was deficient because he paid the filing fee or submitted an *in forma pauperis* application. Dkt. No. 2. Plaintiff was instructed to respond within twenty-eight days of the date of the order. Dkt. No. 2. The deadline has passed, and Plaintiff has not paid the filing fee or submitted an *in forma pauperis* application, or otherwise communicated with the Court. The Court therefore DISMISSES this action without prejudice. Because this dismissal is without prejudice, Plaintiff may move to reopen the action. Any such motion must be accompanied by either the full filing fee or a complete *in forma pauperis* application.

**IT IS SO ORDERED.**

Dated: 4/22/2021

　　　　　　　　　　　　　　　　　　　　　　　　　*Haywood S. Gilliam Jr.*
　　　　　　　　　　　　　　　　　　　　　　　　　HAYWOOD S. GILLIAM, JR.
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge