UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT PAIGE, IV,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>ALAMEDA COUNTY SHERIFF'S DEPARTMENT, et al.,<br><br>　　　　　Respondent. | Case No. 21-cv-01743-HSG<br><br>**JUDGMENT** |

　　For the reasons set forth in the Order of Dismissal, this action is DISMISSED without prejudice. The Clerk shall enter judgment in favor of Respondent and against Petitioner.

　　**IT IS SO ORDERED.**

Dated: 4/22/2021

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　HAYWOOD S. GILLIAM, JR.
　　　　　　　　　　　　　　　　　　　　United States District Judge